**NOT SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| UNION CARBIDE CORPORATION<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator of the U.S. Environmental Protection Agency,<br><br>*Respondents*. | Case No. 24-60615 |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE THE RECORD**

Respondents United States Environmental Protection Agency and Administrator Michael S. Regan ("EPA") move to extend EPA's deadline to file the record by thirty days so that the deadline becomes February 12, 2025. This motion is unopposed. In support of this motion, EPA states:

1. On December 4, 2024, Petitioner Union Carbide Corp. filed its petition for review of agency actions.

2. EPA's deadline to file the record is January 13, 2025. *See* Fed. R. App. P. 17(a).

3. The clerk may grant an extension of the time to file the record for no more than 30 days. *See* 5th Cir. R. 17.

4. Good cause exists to extend the deadline to file the record. *See* Fed. R. App. P. 26(b). EPA is working diligently to prepare the record. Additional time is respectfully requested to complete that work and to account for absences over the recent holiday period.

5. Accordingly, EPA requests that the Court extend the deadline to file the record by thirty days so that the deadline becomes February 12, 2025.

6. Undersigned counsel conferred with counsel for Petitioner. Petitioner does not oppose this request.

| | |
|---|---|
| Date: January 7, 2025 | Respectfully submitted, |
| | TODD KIM<br>Assistant Attorney General |
| | *s/ Brandon N. Adkins*<br>BRANDON N. ADKINS<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Tel: (202) 598-9562<br>Email: Brandon.Adkins@usdoj.gov |
| | *Counsel for Respondents* |

# **CERTIFICATE OF COMPLIANCE**

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 186 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: January 7, 2025               *s/ Brandon N. Adkins*
                                     BRANDON N. ADKINS
                                     Counsel for Respondents