# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 10, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60615   Union Carbide v. EPA
                     Agency No. 89 Fed. Reg. 89,993

The court has granted in part an extension of time to and including January 29, 2025 for filing Administrative Record in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. Brandon N. Adkins
Ms. Julia A. Hatcher
Mr. Roman Martinez
Mr. Michael S. Regan
Ms. Stacey VanBelleghem