# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNION CARBIDE CORPORATION, *Petitioner*, v. U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator of the U.S. Environmental Protection Agency, *Respondents*. | Case No. 24-60615 |

## UNOPPOSED MOTION TO EXTEND
## ABEYANCE PERIOD FOR THIRTY DAYS

Respondents United States Environmental Protection Agency and Administrator Lee Zeldin[1] ("EPA") respectfully move to extend the abeyance period for thirty days with a joint motion or separate motions to govern further proceedings due by May 29, 2025. This motion is unopposed. In support of this motion, EPA states:

1. On January 24, 2024, EPA asked the Court to place this case in abeyance for ninety days to allow the Agency to brief new administration officials with decision-making responsibility about this case and the issues presented. ECF No. 39.

---

[1] Administrator Zeldin is substituted for Acting Administrator James Payne pursuant to Federal Rule of Appellate Procedure 43(c)(2).

2. The Court granted EPA's unopposed motion to place this case in abeyance and ordered the parties to submit, by April 29, a joint motion or separate motions to govern further proceedings. ECF No. 48.

3. EPA has been working diligently to brief new leadership regarding the issues presented in this case and needs more time to complete the decisionmaking process. EPA respectfully requests to extend the abeyance by thirty days, including the deadline to file a joint motion or separate motions to govern further proceedings.

4. EPA filed a certified index to the administrative record. ECF No. 47. Union Carbide requested production of the record, and EPA has been working to do so and will continue that work during the requested extension of the abeyance period. Certain documents on the index contain material that is claimed as protected information. Counsel for the parties have been conferring about the terms of a protective order that would govern the parties' production, use, and return of certain protected information. Today EPA submitted an unopposed motion for entry of a stipulated protective order and requests that the Court grant that motion notwithstanding this request to continue the abeyance period by thirty days.

5. Undersigned counsel conferred with Petitioner's counsel. Petitioner does not oppose extending the abeyance by thirty days.

Respectfully submitted,

ADAM R.F. GUSTAFSON
  *Acting Assistant Attorney General*

| *Of Counsel:* |  s/ *Brandon N. Adkins* |
|---|---|
| JORI REILLY-DIAKUN | BRANDON N. ADKINS |
| BRIDGET EKLUND |   *Senior Trial Counsel* |
|   Office of the General Counsel |   Environmental Defense Section |
|   U.S. Environmental Protection Agency |   Environment and Natural Resources Division |
|   Washington, D.C. |   U.S. Department of Justice |
| |   P.O. Box 7611 |
| |   Washington, D.C. 20044 |
| |   (202) 598-9562 |
| |   Brandon.Adkins@usdoj.gov |

APRIL 15, 2025

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 321 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: April 15, 2025          *s/ Brandon N. Adkins*
                                               BRANDON N. ADKINS
                                               Attorney for Respondents