# United States Court of Appeals
# for the Fifth Circuit

No. 24-60615

United States Court of Appeals
Fifth Circuit
**FILED**
December 30, 2025
Lyle W. Cayce
Clerk

Union Carbide Corporation,

*Petitioner,*

versus

United States Environmental Protection Agency;
Lee Zeldin,
*Administrator, United States Environmental Protection Agency*,

*Respondents.*

_____

Petition for Review of an Order of
the Environmental Protection Agency
Agency No. 89 Fed. Reg. 89,993

_____

ORDER:

    IT IS ORDERED that respondents' unopposed motion to extend the stay of proceedings to March 30, 2026, is GRANTED.

Jerry E. Smith
United States Circuit Judge