UNION CARBIDE CORPORATION,
*Petitioner*,

v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY and LEE ZELDIN, Administrator
of the U.S. Environmental Protection Agency,

*Respondents*.

Case No. 24-60615

**FIFTH DECLARATION OF NANCY B. BECK
IN SUPPORT OF MOTION FOR ABEYANCE**

1. I, Nancy B. Beck, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief and that they are based upon my personal knowledge, information contained in the records of the United States Environmental Protection Agency ("EPA" or "the Agency"), or information supplied to me by EPA employees under my supervision at EPA Headquarters. *See* 28 U.S.C. § 1746.

2. I am the Principal Deputy Assistant Administrator for the Office of Chemical Safety and Pollution Prevention ("OCSPP") within EPA. My credentials

are more fully set out in my previous declarations in support of abeyance. *See, e.g.,* Declaration in Support of Motion for Abeyance. Doc. 59-2, ¶ 2.

3.     OCSPP is reconsidering the 1,4-dioxane 2024 supplemental risk evaluation and the 2024 revised risk determination at issue in this petition for review, as well as the underlying 2020 risk evaluation. Doc. 78-2, ¶¶ 3–5. In December 2025, the Court extended the stay of these proceedings until March 30, 2026, while EPA's administrative reconsideration continues. Doc. 83-2.

4.     OCSPP's reevaluation of the 1,4-dioxane risk evaluation continues. As discussed in my fourth declaration, OCSPP's reevaluation focuses on whether the cancer risk analysis in the hazard assessment associated with the 2020 risk evaluation is consistent with the best available science and EPA's 2005 Cancer Guidelines. Doc. 78-2, ¶ 4. Over the past 90 days, EPA continued to work with a contractor with the necessary expertise to identify and review studies, reports, and documents from trusted sources to inform whether the cancer mode of action and dose-response assessment for 1,4-dioxane should be updated. *Id.*

5.     I previously estimated that EPA's consideration of whether the cancer assessment should be updated will be completed by August 2026. *Id*. at ¶ 6. If an update is required, EPA will also determine whether public comment or peer review is necessary, which would require an additional 6 months to complete. *Id.*

6. OCSPP intends to develop additional steps to revise the 1,4-dioxane risk evaluation, as appropriate, based on the reevaluation of the cancer assessment.

7. The estimated completion date of August 2026 remains accurate. EPA believes that an additional 90-day abeyance is appropriate to support the agency in completing its reconsideration.

I declare under penalty of perjury that the foregoing is true and correct.

NANCY BECK

Digitally signed by NANCY BECK
Date: 2026.03.27 15:40:04 -04'00'

_____

Nancy B. Beck, Ph.D.
Principal Deputy Assistant Administrator
Office of Chemical Safety and Pollution Prevention
U.S. Environmental Protection Agency